# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2011

141993

POLY BOND, INC. and ROBERT LAFAVE,
Individually and on behalf of LAMINATE
PRODUCTS, INC. and BOLA SYSTEMS, INC.,
      Plaintiffs-Appellees,

v

JEN-TECH CORPORATION, d/b/a JEN-LAY,
and ROBERT BOWLING,
      Defendants-Appellants,
and

LAMINATE PRODUCTS, INC. and BOLA
SYSTEMS, INC.,
      Defendants.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 141993
COA: 290429
Tuscola CC: 07-024023-CK

      On order of the Court, the application for leave to appeal the July 27, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2011

_____
Clerk

p0228